IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| MICHAEL T. DREHER, on behalf of himself and other similarly situated, | * |
| | * |
| Plaintiff, | |
| | *   Civil Action No.: 3:13-CV-140 |
| v. | |
| | * |
| ATLANTIC REMODELING CORP, | |
| | * |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT ATLANTIC REMODELING CORPORATION'S**
**FINANCIAL DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Atlantic Remodeling Corporation in the above captioned action certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public and that it is a privately held Maryland corporation containing no partners who have issued shares or debt securities to the public.

Respectfully submitted,

/s/ James T. Kimble
James T. Kimble, VSB, No. 34581
David S. Musgrave, VSB No. 35327
Gordon, Feinblatt LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland  21202
410-576-4194
410-576-4269 Fax
jkimble@gfrlaw.com
dmusgrave@gfrlaw.com

2673415.1 42894/121661  04/12/2013

OF COUNSEL:
Brian L. Moffet
Gordon, Feinblatt LLC
233 East Redwood Street
Baltimore, Maryland 21202
410-576-4291
410-576-4269 Fax
bmoffet@gfrlaw.com

*Attorneys for Defendant*
*Atlantic Remodeling Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of April, 2012, a copy of the foregoing Financial Disclosure Statement was filed electronically through the Eastern District of Virginia's case management/electronic case filing ("CM/ECF") system.

/s/ James T. Kimble
James T. Kimble, VSB, No. 34581