IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHAEL T. DREHER,

    Plaintiff,

v.                                              Case No. 3:13-cv-00140-JAG

ATLANTIC REMODELING CORP.,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the defendant's motion for leave to serve written discovery out of time. (Dkt. no. 14.) Having carefully considered the issue and for the reasons stated by the Court during today's telephone conference with the parties, the Court FINDS that the defendant's "neglect" in serving written discovery two (2) days late was "excusable."

Accordingly, pursuant to Fed. R. Civ. P. 6(b)(1)(B) and for good cause shown, it is hereby ORDERED that the defendant's motion is GRANTED. The defendant's written discovery is deemed to have been served on June 12, 2013. Plaintiff's answers and responses to the defendant's written discovery will be due on July 15, 2013.

Because of the delay in the defendant's service, the Court will WAIVE the applicability of E.D. Va. Local Civil Rule 26(C). Therefore, if he has not already done so, plaintiff may serve written objections contemporaneously with his answers and responses to the defendant's written discovery.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

Date: July 8, 2013
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge