IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHAEL T. DREHER,

        Plaintiff,

v.                                                                           Case No. 3:13-cv-00140-JAG

ATLANTIC REMODELING CORPORATION,

        Defendant.

## ORDER

THIS MATTER came before the Court on defense counsel's emergency motion to withdraw as counsel for defendant Atlantic Remodeling Corporation, and request for a thirty-day stay of all proceedings. (Dkt. nos. 19 and 21.) The sole basis for the withdrawal motion is a recent "deterioration" in the attorney-client relationship. Having carefully considered the issue and for the reasons stated by the Court during today's telephone conference with the parties, the Court hereby ORDERS defense counsel to submit, for *in camera* inspection, a detailed statement of the circumstances supporting the motion to withdraw. Counsel's submission shall be filed no later than 10:00 a.m. on July 9, 2013. The Court shall WITHHOLD ruling on the motion until such time as the Court has had an opportunity to review counsel's *in camera* submission.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

Date: July 8, 2013
Richmond, VA

/s/ 
John A. Gibney, Jr.
United States District Judge