IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MICHAEL T. DREHER, on behalf of himself and others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ATLANTIC REMODELING CORP., ) ) Defendant. ) ) | Civil Action No. 3:13-CV-140-JAG |

## SECOND AMENDED ANSWER

Defendant Atlantic Remodeling Corporation ("Atlantic Remodeling") by and through its undersigned attorneys, hereby amends its answer as to Paragraph 5 of the Class Action Complaint (the "Complaint") filed by Plaintiff Michael T. Dreher as follows:

5. Atlantic Remodeling clarifies its response to Paragraph 5 of the Complaint as follows: Atlantic Remodeling admits that Plaintiff filled out an application for financing the work he wanted to have done on his roof, which was provided by an Atlantic Remodeling sales person, filled out by Mr. Dreher, and returned to the sales person. Atlantic Remodeling reaffirms its denial of the allegation in Paragraph 5 that the financing was to be done by Atlantic Remodeling."

Except as modified herein, the original Answer filed in this matter by defendant is incorporated.

ATLANTIC REMODELING CORP.

By:_____/s/_____

Grady C. Frank, Jr., Esq. (VA Bar #14742)
gfrank@kv-legal.com
Thomas C. Junker, Esq. (VA Bar #29928)
tjunker@kv-legal.com
KAPLAN, VOEKLER, CUNNINGHAM
 & FRANK, PLC
439 N. Lee Street
Alexandria, Virginia 22314
(571) 527-1301
(571) 527-1319 (fax)

Paul D. Anders, Esq. (VA Bar #31712)
panders@kv-legal.com
KAPLAN, VOEKLER, CUNNINGHAM
 & FRANK, PLC
7 East 2nd Street
Richmond, VA 23224
*Counsel for Defendant Atlantic Remodeling Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Kristi C. Kelly, Esq.
>SUROVELL ISAACS PETERSEN & LEVY PLC
>4010 University Drive, Second Floor
>Fairfax, VA 22030
>kkelly@siplfirm.com
>
>Leonard A. Bennett, Esq.
>Susan M. Rotkis, Esq.
>CONSUMER LITIGATION ASSOCIATES, P.C.
>763 J. Clyde Morris Blvd., Suite 1-A
>Newport News, VA 23601
>lenbennett@clalegal.com
>srotkis@clalegal.com

/s/
Grady C. Frank, Jr.