IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MICHAEL T. DREHER, on behalf of himself and others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ATLANTIC REMODELING CORP., ) ) Defendant. ) ) | Civil Action No. 3:13-CV-140-JAG |

## DEFENDANT'S SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES

Defendant, The Atlantic Remodeling Corporation ("Atlantic Remodeling"), by counsel, hereby makes the following supplemental disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Atlantic Remodeling makes these disclosures based on the information reasonably available to it at this time, and reserves the right to further supplement its disclosures when and if additional information becomes available.

1. Identity of individuals likely to have discoverable information per Rule 26 (a)(1)(A)(i):

   e. Todd A. Apfel, c/o Adventure Lanes, 1411 E. 5th Street, Tama, Iowa 52339. The subjects include: Plaintiff Michael T. Dreher's authorization and knowledge of use of an Advanta credit card taken out in his name, as further set forth in the Affidavit of Todd A. Apfel filed by Defendant Experian in Plaintiff's case against Experian, Case No. 3:11-CV-624-JAG.

2. Description and location of documents pursuant to Rule 26 (a)(1)(a)(ii):

   Documents Bates numbered ARC000008 – ARC000043

                                              THE ATLANTIC REMODELING
                                              CORPORATION

By:       /s/
    Grady C. Frank, Jr., Esq. (VA Bar #14742)
    gfrank@kv-legal.com
    Thomas C. Junker, Esq. (VA Bar #29928)
    tjunker@kv-legal.com
    KAPLAN, VOEKLER, CUNNINGHAM
      & FRANK, PLC
    439 N. Lee Street
    Alexandria, Virginia 22314
    (571) 527-1301
    (571) 527-1319 (fax)

    Paul D. Anders, Esq. (VA Bar #31712)
    panders@kv-legal.com
    KAPLAN, VOEKLER, CUNNINGHAM
      & FRANK, PLC
    7 East 2nd Street
    Richmond, VA 23224
    *Counsel for Defendant The Atlantic Remodeling Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Kristi C. Kelly, Esq.
    SUROVELL ISAACS PETERSEN & LEVY PLC
    4010 University Drive, Second Floor
    Fairfax, VA 22030
    kkelly@siplfirm.com

    Leonard A. Bennett, Esq.
    Susan M. Rotkis, Esq.
    CONSUMER LITIGATION ASSOCIATES, P.C.
    763 J. Clyde Morris Blvd., Suite 1-A
    Newport News, VA 23601
    lenbennett@clalegal.com
    srotkis@clalegal.com

                           /s/
                        Grady C. Frank, Jr.